■ In the Matter of THOMAS K. BENNETT, Petitioner, v BENJAMIN WARD, as Police Commissioner of the City of New York, et al., Respondents.—Proceeding seeking review of a determination of respondent Commissioner dated June 4, 1986 withdrawn with prejudice upon the terms contained in the stipulation of settlement and discontinuance. No opinion. Concur—Murphy, P. J., Sullivan, Kassal, Ellerin and Smith, JJ.

■ CITY OF NEW YORK, Respondent, v PARK SOUTH ASSOCIATES et al., Appellants.—Order, Supreme Court, New York County (Eugene Nardelli, J.), entered on June 2, 1988, unanimously affirmed, on the opinion of Eugene Nardelli, J., without costs and without disbursements. Concur—Murphy, P. J., Sullivan, Asch, Kassal and Rosenberger, JJ. *[See,* 139 Misc 2d 997.]

■ In the Matter of LEON J. SLOANE et al., Petitioners, v GAIL S. SHAFFER, as Secretary of State of the State of New York, Respondent.—Upon the court's own motion, the order of this court (145 AD2d 997) entered on December 20, 1988 is unanimously vacated and the proceeding directed to be recalendared as indicated. No opinion. Concur—Ross, J. P., Asch, Rosenberger, Wallach and Smith, JJ.